UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THERESA SHORTMAN, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TELECOM HOME SERVICES, LLC, a Georgia limited liability company,<br><br>Defendant. | NO. 3:20-cv-5531<br><br>NOTICE OF CHANGE OF ADDRESS |

TO: All counsel of record;

AND TO: Clerk of the Court.

Please take notice that the undersigned counsel for Plaintiff Theresa Shortman and the proposed class, Smith & Dietrich Law Offices, PLLC, have updated their office telephone number. All future telephone calls to counsel should be directed to our office line at (360) 915-6952.

RESPECTFULLY SUBMITTED AND DATED this 5th day of June, 2020.

SMITH & DIETRICH LAW OFFICES, PLLC

By: *s/ Walter M. Smith*
Walter M. Smith, WSBA # 46695
Email: walter@smithdietrich.com
3905 Martin Way E, Suite F
Olympia, WA 98506
Telephone: (360) 915-6952

*Counsel for Plaintiff and the Proposed Class*

NOTICE OF CHANGE OF ADDRESS - 1
Case No. 3:20-cv-5531

**Smith & Dietrich Law Offices, PLLC**
3905 Martin Way E, Suite F
Olympia, WA 98506
Tel. (360) 915-6952