

# United States District Court
# Western District of Washington

| THERESA SHORTMAN |
|---|

Plaintiff(s)

Case Number: 3:20-cv-05531

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

V.

| TELECOM HOME SERVICES, LLC |
|---|

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Ryan M. Kelly hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Theresa Shortman

The particular need for my appearance and participation is:

To represent the plaintiff and to seek class certification under Rule 23

I, Ryan M. Kelly understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/8/2020

Signature of Applicant: s/ Ryan M. Kelly

U.S. District Court – Pro Hac Vice Application
Revised May 1, 2020

Page 3

**Pro Hac Vice Attorney**

Applicant's Name: Ryan M. Kelly
Law Firm Name: Anderson + Wanca
Street Address 1: 3701 Algonquin Rd.
Address Line 2: Suite 500
City: Rolling Meadows   State: IL   Zip: 60008
Phone Number w/ Area Code: 847-368-1500   Bar #: 6257931   State: Illinois
Primary E-mail Address: rkelly@andersonwanca.com
*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*
Secondary E-mail Address: buslit@andersonwanca.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Ryan M. Kelly is unable to be present upon any date assigned by the court.

Date: 6/8/2020   Signature of Local Counsel: s/ Walter Smith

Local Counsel's Name: Walter Smith
Law Firm Name: Smith & Dietrich Law Offices, PLLC
Street Address 1: 3905 Martin Way East
Address Line 2: Suite F
City: Olympia   State: WA   Zip: 98506
Phone Number w/ Area Code: 360-915-6952   Bar #: 46695



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed  6/8/2020   Signature  s/ Ryan M. Kelly

*(Pro Hac Vice applicant name)*