UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THERESA SHORTMAN, individually and as the representative of a class of similarly-situated persons<br><br>Plaintiff,<br><br>v.<br><br>TELECOM HOME SERVICES, LLC, a Georgia limited liability company<br><br>Defendant. | CASE NO. 20-cv-05531<br><br>ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY NOTICE |

THIS MATTER comes before the Court on Plaintiff's Notice of Voluntary Dismissal (Dkt. 17). Plaintiff, through counsel, moves to dismiss this action, with prejudice, and class allegations, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 13th day of October, 2020.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY NOTICE - 1